UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PENDLETON DIVISION

**ATHENA NEESE,**

Plaintiff,

vs.

**COMMISSIONER,**
**SOCIAL SECURITY ADMINISTRATION**

_____Defendant._____

Case No. 2:19-cv-01507-CL

ORDER

Attorney fees in the amount of $8,500 are hereby awarded to Plaintiff pursuant to the Equal Access To Justice Act, 28 U.S.C. § 2412(d). Subject to any offset allowed under the Treasury Offset Program, payment of this award shall be made via check sent to Ari Halpern's address: 62910 O.B. Riley Rd, Suite 100, Bend, OR 97703. In accordance with the fee

ORDER — Page 1

assignment which Plaintiff has signed, payment shall be made in Ari Halpern's name if no debt subject to offset exists.

DATED this 30th day of March, 2023.

/s/ Mark D. Clarke
MARK D. CLARKE
United States Magistrate Judge

Submitted on March 30, 2023
s/ Ari D. Halpern
ARI D. HALPERN, OSB # 045230
Voice: (541) 388-8410
Fax: (541) 323-2306
ari@halpernlawgroup.net
Attorney for Plaintiff