UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PENDLETON DIVISION

**ATHENA J. NEESE**

Plaintiff,

vs.

**COMMISSIONER,
SOCIAL SECURITY ADMINISTRATION**

<u>Defendant.</u>

Case No. 2:19-cv-01507-CL

ORDER FOR
ATTORNEYS FEES
PURSUANT TO
42 U.S.C. § 406(b)

Attorneys' fees in the amount of $16,675.50 are hereby awarded to Attorney Ari Halpern pursuant to 42 U.S.C. § 406(b). Previously, this court awarded fees pursuant to the Equal Access To Justice Act (EAJA), 28 U.S.C. § 2412, in the amount of $8,500. When issuing the §406(b) check, the agency is directed to subtract the amount of the EAJA fees previously received by the attorney and to send to Plaintiff's attorney, Ari Halpern, at the address above, the balance of $8,175.50 minus any user fee. Any amount withheld after all administrative and court attorneys

ORDER FOR FEES PURUSANT TO 42 U.S.C. § 406(b)   - Page 1

fees are paid should be released to the claimant.

DATED this 18th day of April, 2023.

/s/ *Mark D. Clarke*
MARK D. CLARKE
United States Magistrate Judge

Presented by:
s/ Ari D. Halpern
ARI D. HALPERN, OSB # 045230
Voice: (541) 388-8410
Fax: (541) 323-2306
ari@halpernlawgroup.net
Attorney for Plaintiff

ORDER FOR FEES PURUSANT TO 42 U.S.C. § 406(b)   - Page 2